# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DEBRA TERESA WILSON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:14-cv-159 |
| | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 14, 2016, Report and Recommendation, dkt. no. 20, to which Plaintiff filed Objections, dkt. no. 23.

The Magistrate Judge's Report and Recommendation is hereby **ADOPTED** as the opinion of the Court, and Plaintiff's Objections are **OVERRULED**. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA